AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

STRONGEST HOME, INC.

*Plaintiff(s)*

v.

BOJIAN WU

*Defendant(s)*

Civil Action No. 1:26-cv-03257

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Bojian Wu
No. 70, Qiaobei Village, Zhuangshan Village Committee
Wenzhen Town, Jinxian County
Nanchang, China
Email: 308910942@qq.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Stan M. Doerrer (VSB No. 88857)
950 N. Washington Street, Alexandria, VA 22314
(703) 348-4646 | stan@doerrerlaw.com

Jayadeep R. Deshmukh (pro hac vice)
458 Cherry Hill Road, Princeton, NJ 08540 | (609) 751-1461

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26-cv-03257

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Bojian Wu
was received by me on *(date)* ________ .

❒ I personally served the summons on the individual at *(place)* ________
________ on *(date)* ________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ________
________ , a person of suitable age and discretion who resides there,
on *(date)* ________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ________
________ on *(date)* ________ ; or

❒ I returned the summons unexecuted because ________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ________

________
*Server's signature*

________
*Printed name and title*

________
*Server's address*

Additional information regarding attempted service, etc: