**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

STRONGEST HOME, INC.,

Plaintiff,

v. Civil Action No. 1:26-cv-03257-AJT-LRV

BOJIAN WU,

Defendant.

**DECLARATION OF JAYADEEP R. DESHMUKH REGARDING SERVICE OF PROCESS ON DEFENDANT BOJIAN WU**

I, Jayadeep R. Deshmukh, declare as follows:

1. I am counsel for Plaintiff Strongest Home, Inc. My application for admission pro hac vice is pending. I have personal knowledge of the facts stated in this declaration, and if called as a witness I could and would testify to them.

2. I submit this declaration under the Court's Order Granting Motion for Court-Directed Service (ECF No. 11) (the "Order"), which directs Plaintiff to file a declaration of service within three days after completing service, attaching the transmittal emails, any delivery or error notices, and courier tracking records.

**Service by Email**

3. On October 2, 2026, at 4:45 p.m. Eastern Daylight Time, I sent an email from my account, Jay.Deshmukh@e-cabilly.com, to Defendant at 308910942@qq.com, with a copy to Plaintiff's local counsel, Stan M. Doerrer. The subject line read "Court directed Service of Process - Strongest Home, Inc. v. Wu, No. 1:26-CN-03257-AJT-LRV (E.D. Va.) - Email 1 of 2." The designation "CN" in that subject line is a typographical error for "cv"; the email concerns this action, No. 1:26-cv-03257-AJT-LRV. The email attached 15 files: the Summons (ECF No.

6) and Clerk's Notice (ECF No. 6-1); the Complaint (ECF No. 1); and Exhibits 1 through 12 to the Complaint (ECF Nos. 1-1 through 1-12). Exhibit 1 to this declaration is a true and correct copy of that email as sent, including its list of attachments.

4. On October 2, 2026, at 4:54 p.m. Eastern Daylight Time, I sent a second email from the same account to Defendant at 308910942@qq.com, with a copy to Mr. Doerrer. The subject line read "Court directed Service of Process - Strongest Home, Inc. v. Wu, No. 1:26-CN-03257-AJT-LRV (E.D. Va.) - Email 2 of 2." The designation "CN" in that subject line is the same typographical error for "cv" noted in paragraph 3. The email attached 16 files: ECF Nos. 1-13 through 1-19 (Exhibits 13 through 16 and 6A to the Complaint, the Civil Cover Sheet, and Form AO 120); Plaintiff's Emergency Motion for Temporary Restraining Order (ECF No. 4); the Memorandum in Support, with the Proposed Temporary Restraining Order and Exhibit A (ECF Nos. 5, 5-1, and 5-2); Plaintiff's Motion for Court-Directed Service and Memorandum in Support, with Exhibits A and B (ECF Nos. 7, 8, 8-2, and 8-3); and the Order (ECF No. 11). Exhibit 2 to this declaration is a true and correct copy of that email as sent, including its list of attachments.

5. Together, the two emails transmitted to Defendant the summons, the complaint and exhibits, the motion for temporary restraining order and supporting papers, the service motion, and the Order, as the Order requires. Under the Order, service was complete upon transmission on October 2, 2026.

6. As of the date of this declaration, I have received no delivery-failure, bounce, or other error notice in response to either email.

**Service by Courier**

7. On October 2, 2026, I sent hard copies of the same documents, with a cover letter listing them, to Defendant by UPS Worldwide Expedited, signature required, through The UPS Store #4026, Skillman, New Jersey, addressed to: Bojian Wu, No. 70, Qiaobei Village, Zhuangshan Village Committee, Wenzhen Town, Nanchang, Jinxian County 331721, China. The UPS tracking number is 1Z37F85WDG18796017, and UPS states an expected delivery date of October 13, 2026. Exhibit 3 to this declaration is a true and correct copy of the UPS shipment receipt. Exhibit 4 is a true and correct copy of the UPS tracking history for that shipment, printed on October 5, 2026.

8. Plaintiff will file a supplemental notice attaching UPS's proof of delivery once it is available.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 5, 2026, at Princeton, New Jersey.

Jayadeep R. Deshmukh

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2026, I filed the foregoing with the Clerk of Court using the CM/ECF system, and sent a copy by email to Defendant Bojian Wu at 308910942@qq.com.

/s/ Stan M. Doerrer
Stan M. Doerrer (VSB No. 88857)
Counsel for Plaintiff Strongest Home, Inc.